# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2011

143231 & (56)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHIGAN PIPE & VALVE – LANSING, INC.,
      Plaintiff/Counter Defendant-
      Appellee,

v

HEBELER ENTERPRISES, INC., WINDY PINES
VIEW, L.L.C., WILLIAM B. CHUNKO, HEATHER
M. CHUNKO, and CLINTON COUNTY
TREASURER,
      Defendant/Cross-Defendants,

and

FIRSTBANK-ST. JOHNS,
      Defendant/Cross-Defendant-
      Appellant,

and

GRAND RIVER INFRASTRUCTURE, INC.,
      Defendant/Counter-Plaintiff/Cross-
      Plaintiff/Third-Party Plaintiff-
      Appellee,

and

BRUCE HEBELER,
      Third-Party Defendant.

SC: 143231
COA: 294530
Clinton CC: 08-010384-CZ

_____/

      On order of the Court, the motion to dismiss is DENIED. The application for leave to appeal the May 3, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

p0919